AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 7:19-mj-1219-RJ | Date and time warrant executed: 11/26/2019 0900 hours | Copy of warrant and inventory left with: Taylor Hickey |
|---|---|---|

Inventory made in the presence of: Rich Davies

Inventory of the property taken and name of any person(s) seized:

1. HP Laptop - Silver
2. Apple IPad
3. ASUS Laptop - Black
4. Empty Gun Cases - 2
5. Empty Gun Case
6. Empty Rifle Scope Case
7. Misc Documents
8. Misc Documents
9. Misc Documents
10. Micro SD Cards

FILED

JAN 1 4 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____BG_____ DEP CLK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/14/2020

_Charles J. Kitchen_
Executing officer's signature

Charles J. Kitchen  Special Agent
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

302 Onyx Court
Jacksonville, North Carolina 28546

) 
) 
) Case No. 7:19-mj-1219-RJ
) 
) 
) 

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _December 6, 2019_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any EDNC U.S. District Court Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _November 22, 2019_
_11:57 am._

_[Judge's signature]_

City and state: _Wilmington, North Carolina_   ROBERT B. JONES, JR., U.S. Magistrate Judge
*Printed name and title*